# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY GOOD, | No. 4:18-CV-01868 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SWN PRODUCTION CO., LLC f/k/a SOUTHWESTERN ENERGY PRODUCTION CO., | |
| Defendant. | |

## ORDER

**AND NOW**, this 30th day of January 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Timothy Good's Motion for Leave to File Second Amended Complaint is **GRANTED IN PART** and **DENIED IN PART**;

2. Good is granted leave to file a Second Amended Complaint with the amendments proposed in the proposed second amended complaint (ECF No. 22-1), except that it shall not include proposed Paragraphs 24 and 25;

3. The deadline for Good to file a Second Amended Complaint is February 6, 2020;

4. The deadline for both parties to file dispositive motions is extended to February 13, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge